IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALICE JOHNSON and NORMA LEROY, as PARENTS, NATURAL GUARDIANS, and NEXT FRIENDS of A.S. and M.L., Minor Children; ALICE JOHNSON, Individually; and NORMA LEROY, Individually,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CODY-KILGORE UNIFIED SCHOOL DISTRICT, et al.,<br><br>　　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Case No. 4:21-CV-03103<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to NEGenR 1.7(f), Kelsey Mariah Flores, Esq., moves for admission *pro hac vice* in the above-captioned case on behalf of the Plaintiffs. In support of this motion, she shows the Court the following:

　　1.　　Ms. Flores's business address is Harvard Law School Religious Freedom Clinic, 6 Everett St, Cambridge, MA 02138. Her office number is (617) 384-0103. Her email is keflores@law.harvard.edu.

　　2.　　Ms. Flores is a licensed attorney in good standing with the District of Columbia Court of Appeals (Bar No. 1671937). Ms. Flores is also in good standing and admitted to practice in the U.S. Court of Appeals for the Ninth Circuit.

　　3.　　Rose Godinez of ACLU of NEBRASKA, who is a member of the State Bar of Nebraska, and admitted to practice in the United States District Court for the District of

Nebraska, is serving and will continue to serve as local counsel in this matter.

  4. Ms. Flores is familiar with the Federal Rules of Civil Procedure and the Local Rules for the District of Nebraska. Ms. Flores acknowledges the Oath of Admission set forth in NEGenR 1.7(e) and swears, affirms, and acknowledges that as an officer of the United States District Court for the District of Nebraska, she will demean herself faithfully, uprightly, and according to law, and that she will support, uphold, and defend the Constitution of the United States of America.

  WHEREFORE, Kelsey Mariah Flores, Esq. requests that this Honorable Court allow her to appear *pro hac vice* in the above styled and numbered cause on behalf of the Plaintiffs.

  *s/ Kelsey M. Flores*
Kelsey M. Flores
HARVARD LAW SCHOOL
RELIGIOUS FREEDOM CLINIC
6 Everett St.
Cambridge, Massachusetts 02138
Telephone: (617) 384-0103
Email: keflores@law.harvard.edu

## CERTIFICATE OF SERVICE

  I hereby certify that on this 13th day of April, 2022, this document was electronically transmitted to the Clerk of Court using the ECF System for filing and was transmitted to those individuals receiving Notice of Electronic Filings in this matter.

  *s/ Kelsey M. Flores*