IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALICE JOHNSON, et al., | |
| Plaintiffs, | 4:21-CV-3103 |
| vs. | JUDGMENT |
| CODY-KILGORE UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |

Pursuant to the accompanying consent decree and order, judgment is hereby entered.

Dated this 4th day of October, 2023.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Senior United States District Judge